1073 SHERWOOD vs. COMMISSIONER OF STATE LAND OFFICE, No. 16094; 71 N. W., 532; 4 D. L. N., 298.

To compel respondent to issue a deed to relator, as purchaser of a small unsurveyed island.

Granted May 28, 1897, with costs.

Relator contended that the island is situate in Lake Huron, while on the other hand it is claimed that it lies in St. Mary's River and is therefore owned by the proprietor of the adjoining land.

1074 EMPLOYERS' LIABILITY ASSURANCE CO. vs. COMMISSIONER OF INSURANCE, 64 M, 614.

To license a foreign assurance company to do business in this State.

Denied January 27, 1887.

1075 HARTFORD FIRE INSURANCE CO. vs. COMMISSIONER OF INSURANCE, 70 M., 485.

To compel respondent to vacate an order revoking the license of relator, a foreign assurance company, to do business in this State.

Denied June 8, 1888.